**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

JAMES LOGAN, SR., on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

UNITED STATES RAILROAD
RETIREMENT BOARD,

    Defendant.

Civil Action No. 4:25-cv-00238-O

**NOTICE OF APPEAL TO THE UNITED STATES COURT
OF APPEALS FOR THE FIFTH CIRCUIT**

TO THE HONORABLE REED O'CONNOR, UNITED STATES DISTRICT JUDGE:

Notice is hereby given that James Logan, Sr., on behalf of himself and all others similarly situated, in the above-named case, appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on March 30, 2026.

Date: May 28, 2026.

Respectfully submitted,

*/s/ Charles S. Siegel*
Charles S. Siegel
siegel@waterskraus.com
State Bar No. 18341875
Leslie C. MacLean
lmaclean@waterskraus.com
State Bar No. 00794209
Taryn E. Ourso
tourso@waterskraus.com
State Bar No. 24107315

**WATERS KRAUS PAUL & SIEGEL**

1

3141 Hood Street, Ste. 700
Dallas, Texas 75219
Telephone:    (214) 357-6244
Fax:              (214) 357-7252

*and*

Brant C. Martin
State Bar No. 24002529
brant.martin@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD &
MARTIN, LLP**
100 Throckmorton Street, Ste. 1500
Fort Worth, Texas 76102
Telephone:    (817) 332-7788
Fax:              (817) 332-7789

*and*

Jeffrey D. Lerner
State Bar No. 12223910
jeff.lerner@thedovefirm.com

**THE DOVE FIRM**
524 E. Lamar Boulevard, Ste. 230
Arlington, Texas 76011
Telephone:    (817) 462-0006
Fax:              (817) 462-0027

*and*

John R. (Scotty) MacLean, III
State Bar No. 00787942
smaclean@macleanfirm.com

2

**MacLean Law Firm**
4916 Camp Bowie Blvd., Ste. 100
Fort Worth, Texas 76107
Telephone:    (817) 529-1000
Fax:            (817) 698-9401

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Appeal has been served on all counsel of record via ECF, on this 28th day of May, 2026.

*/s/ Charles S. Siegel*
Charles S. Siegel

3